UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-24244-BLOOM/Damian

NATALIE ELIODOR,

    Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security*,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiff Natalie Eliodor's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act ("Motion"), ECF No. [32]. The Motion was previously referred to the Honorable Melissa Damian for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [6]. On February 6, 2024, Magistrate Judge Damian issued a R&R recommending that the Motion be granted, Plaintiff be awarded attorney's fees in the amount of $12,677.94, after the Government determines whether Plaintiff owes a federal debt. ECF No. [33]. The R&R states that the parties shall file any objections within five days of the date of service of a copy of the R&R. *Id*. To date, the parties have not filed objections, nor sought additional time in which to do so.

    Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well

reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be granted for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [33]**, is **ADOPTED**;

2. The Motion, **ECF No. [32]**, is **GRANTED**;

3. Plaintiff is awarded attorney's fees in the amount of **$12,677.94**, made payable to Plaintiff. If the Commissioner concludes that Plaintiff does not owe any debt to the government, the Commissioner may honor an assignment of fees to Plaintiff's counsel and send the fee award directly to counsel.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 16, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record